| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) KELLISON, CRAIG M. | 2. Court or Organization EDCA | 3. Date of Report 05/13/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) MAGISTRATE JUDGE Full-time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address 2986 Bechelli Lane Redding, CA 96002 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | B, K & C, a California General Partnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE  2013 MAY 21 A 10 25  RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMEI

### A. Filer's Non-Investment I

☐ NONE *(No reportable*

DATE

## V. GIFTS. *(Includes those to spe*

 NONE *(No reportable*

SOURCE

1.

# FINANCIAL DISCLO

## VII. INVESTMENTS

☐ NONE *(No reportable*

A.

Description of Assets

(including trust assets)

Place "(X)" after each ass

exempt from prior disclost

# FINANCIAL DISCLO

## VII. INVESTMENTS

☐ NONE *(No reportable*

A.

Description of Assets

(including trust assets)

Place "(X)" after each ass

exempt from prior disclosu

## VII. INVESTMENTS a

☐    NONE *(No reportable*

A.

Description of Assets

(including trust assets)

Place "(X)" after each ass

exempt from prior disclos

# VIII. ADDITIONAL IN

# IX. CERTIFICATION

I certify that all information gi
accurate, true, and complete to the
provisions permitting non-disclosu

I further certify that earned in
compliance with the provisions of 5